161 A.3d 788

COMMONWEALTH of Pennsylvania, Respondent

v.

Christopher HILL, Petitioner

No. 307 EAL 2016

Supreme Court of Pennsylvania.

November 15, 2016

## ORDER

PER CURIAM

**AND NOW**, this 15th day of November, 2016, the Petition for Allowance of Appeal is **DENIED**.